An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAIME BERRY,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63525

**FILED**

SEP 19 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a proper person petition for a writ of extraordinary relief. Petitioner seeks an order directing the Department of Parole and Probation to correct an error in his presentence investigation report. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; *Stockmeier v. State*, 127 Nev. ___, ___, 255 P.3d 209, 211 (2011). Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Jaime Berry
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27936